CUSHING ADAMS, Respondent, *v.* WILLIAM P. HEALY, Appellant.

*Adams* v. *Healy*, 163 App. Div. 919, affirmed.
(Argued March 20, 1917; decided April 3, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 3, 1914, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was brought to recover for brokerage services alleged to have been rendered by the plaintiff for the defendant in procuring sales of certain licenses covering patents on wire-bound boxes owned by the defendant. The answer sets forth three several defenses. The first defense consisted of a general denial. The second defense was an allegation that the contract was not in writing and was one which by its terms was not to be performed within one year. The third defense was that the plaintiff in the transaction set forth in the complaint was acting as the agent or representative of another party than the plaintiff.

*C. Walter Randall, Michael D. Reilly* and *Ellis J. Staley* for appellant.

*William S. Haskell* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CHASE, COLLIN, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.